No. 71. CARAFAS *v.* LAVALLEE, WARDEN. C. A. 2d Cir. Certiorari granted. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition. *James J. Cally* for petitioner. *Louis J. Lefkowitz,* Attorney General of New York, *Samuel A. Hirshowitz,* First Assistant Attorney General, and *Barry Mahoney,* Assistant Attorney General, for respondent.

No. 286, Misc. MATHIS *v.* UNITED STATES. C. A. 5th Cir. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari granted. Case transferred to appellate docket. MR. JUSTICE MARSHALL took no part in the consideration or decision of this petition and motion. *Nicholas J. Capuano* for petitioner. *Solicitor General Marshall, Assistant Attorney General Rogovin, Joseph M. Howard* and *John M. Brant* for the United States.

No. 346. PARSONS *v.* GULF & SOUTH AMERICAN STEAMSHIP CO., INC. Sup. Ct. La. Certiorari denied. *H. Alva Brumfield* for petitioner. *Benjamin W. Yancey, William E. Wright* and *G. Edward Merritt* for respondent.

No. 357. MIRRO-DYNAMICS CORP. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Robert H. Wyshak* and *Lillian W. Wyshak* for petitioner. *Acting Solicitor General Spritzer, Assistant Attorney General Rogovin, Harold C. Wilkenfeld* and *Thomas Silk* for the United States.

No. 370. INTER-AMERICAN CITIZENS FOR DECENCY COMMITTEE ET AL. *v.* MCBEATH. C. A. 5th Cir. Certiorari denied. *David Hume* for petitioners. *Robert S. Trotti* for respondent.